**Opinion issued August 30, 2012**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

**NO. 01-12-00399-CR**

———————————————

**MEGHAN NICOLE SPILLANE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 10**
**Harris County, Texas**
**Trial Court Case No. 1810065**

---

**MEMORANDUM OPINION**

On March 20, 2012, the trial court sentenced appellant, Meghan Nicole
Spillane. On April 19, 2012, appellant timely filed a motion for new trial, and on
April 24, 2012, appellant timely filed a notice of appeal. Subsequent to the filing
of her notice of appeal, on June 1, 2012, the trial court granted appellant's motion

for new trial.  The granting of a motion for new trial restores the case to its position before the former trial.  *See* TEX. R. APP P. 21.9(b).  No motion to withdraw the notice of appeal has been filed.  *See* TEX. R. APP. P. 42.2.  However, the appeal was rendered moot by the order granting a new trial.  *See* TEX. R. APP. P. 21.9(b).

Accordingly, we dismiss the appeal as moot.  *See* TEX. R. APP. P. 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

Do not publish.  TEX. R. APP. P. 47.2(b).